**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

RECEIVED AND FILED
00 APR 17 AM 8: 13
U.S. CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

```
_____
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )      Civil Action No. 96-2474 (PG)
                               )
      v.                       )
                               )
OSVALDO MURATTI; AND MURATTI   )
ENVIRONMENTAL CONTROL, INC.,   )
                               )
            Defendants.        )
_____)
```

### ORDER

This matter having come before the Court on the application
of Plaintiff United States for default judgment pursuant to
Federal Rule of Procedure 55(b):

For good cause having been shown through the submission of
an affidavit and exhibits supporting Plaintiff's motion, and no
opposition having been received;

IT IS on this _14th_ day of April, 2000, hereby ORDERED that
default judgment is entered against Defendants Osvaldo Muratti
and Muratti Environmental Control, Inc., in the amount of
$346,143.89, plus interest in the legal rate in effect on the
date of judgment.

Plaintiff is ordered to serve a copy of this judgment upon
the Defendants by regular and certified mail within ten (10) days
of receipt of this judgment and is ordered to file a certificate
of service with the Clerk of the Court.

-1-

All claims having reached final judgment, the Clerk of the Court is hereby ordered to close this case.

JUAN PEREZ GIMENEZ
U.S. DISTRICT JUDGE