UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA, *
    Plaintiff, *
     *
    v. *    CIVIL ACTION NO. 96-2474 (PG)
     *
OSVALDO MURATTI; AND MURATTI *
ENVIRONMENTAL CONTROL, INC. *
    Defendants. *

### JUDGMENT

The Court has entered a default judgment order in favor of United States of America against defendants Osvaldo Muratti and Muratti Environmental Control, Inc. in the amount of **$346,143.89** plus interest in the legal rate in effect on the date of judgment. The terms and conditions of that Order are herein incorporated in full.

WHEREFORE, we hereby enter **DEFAULT JUDGMENT** against defendants. Plaintiffs may recover from defendants the amount of **$346,143.89** set forth in our Order. All claims having reached final judgment, the Clerk of the Court is hereby ordered to close this case.

**IT IS SO ORDERED.**

San Juan, Puerto Rico April 17, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge